IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEFFREY HUANG, | § § | |
| Plaintiff, | § § | Case No. 1:23-cv-00683 |
| v. | § § | |
| ZACHARY WOLK, | § § | |
| Defendant. | § § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now David McGill, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent Plaintiff Jeffrey Huang in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Orrick Herrington & Sutcliffe LLP with office at:

    Mailing address:          1152 15th Street, N.W.

    City, State, Zip Code:    Washington, D.C. 20005-1706

    Telephone: 202.339.8666            Facsimile: 202.339.8500

2. Since November 20, 2019, Applicant has been and presently is a member of and in good standing with the District of Columbia Bar.  Applicant's bar license number is 1643211.  Since April 4, 2005, Applicant has been and presently is a member of and in good standing with the New York Bar.  Applicant's bar license number is 4313490.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | United States Supreme Court | 03/07/2016 |
    | Second Circuit Court of Appeals | 01/14/2010 |
    | Seventh Circuit Court of Appeals | 08/19/2016 |
    | U.S.D.C., Eastern District of New York | 02/20/2008 |

|  |  |
|---|---|
| U.S.D.C., Southern District of New York | 06/14/2005 |
| U.S.D.C., Northern District of Illinois | 05/12/2016 |
| State of New York Courts | 04/04/2005 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):  None

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state of federal court, except as provided: None

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):  None

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   Co-counsel:         Ryan C. Wooten

   Mailing address:    609 Main Street, 40th Floor

   City, State, Zip Code:  Houston, TX 77002

   Telephone:          713.658.6400

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of David McGill to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

David McGill
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of the Court on June 15, 2023.

David McGill
[printed name of Applicant]

[signature of Applicant]