IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEFFREY HUANG, | § | |
| | § | |
| Plaintiff, | § | Case No. 1:23-cv-00683 |
| v. | § | |
| | § | |
| ZACHARY WOLK, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

BE IT REMEMBERED on this the _____ day of _____ 2023, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by David McGill ("Applicant"), counsel for Plaintiff Jeffrey Huang and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Plaintiff Jeffrey Huang in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

Signed this _____ day of _____ 2023.

_____
UNITED STATES DISTRICT JUDGE