IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEFFREY HUANG, | § § | |
| Plaintiff, | § § | Case No. 1:23-cv-00683 |
| v. | § § | |
| ZACHARY WOLK, | § § | DEMAND FOR JURY TRIAL |
| Defendant. | § § | |

## ATTACHMENT TO COMPLAINT

Dated: June 16, 2023

Respectfully submitted,

*/s/ Ryan C. Wooten*
Ryan C. Wooten
State Bar No. 24075308
Claudia Wilson Frost
State Bar No. 21671300
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
609 Main Street, 40th Floor
Houston, Texas 77002
Telephone: (713) 658-6400
Facsimile: (713) 658-6401
rwooten@orrick.com
cfrost@orrick.com

ATTORNEYS FOR PLAINTIFF JEFFREY HUANG