# EXHIBIT A

# 22,000 ETH Embezzled and Over Ten Projects Failed: The Story of Machi Big Brother (Jeff Huang)



Investigations By ZachXBT · Follow

16 min read · Jun 16, 2022

Listen     Share



## INTRO

Jeffrey Huang, known online as Machi Big Brother, is a former Taiwanese-American musician and tech entrepreneur who embezzled 22,000 ETH from Formosa Financial in 2018. In the four years since the fall of Formosa Financial, Jeff has gone on to launch over ten failed pump and dump tokens and NFT projects. What follows is an extensive

overview of Jeff's history in the crypto space, a brief synopsis of Formosa, his subsequent projects, the other players involved, and as always, the receipts to back it up.

Over the past year, 'Machi Big Brother' aka Jeff Huang has become well-known in the NFT space as one of the largest BAYC holders. Despite this, few know of his dark history in the crypto space...

## BACKGROUND

Jeff Huang, aka 'Machi Big Brother', is a Taiwanese-American musician and tech entrepreneur based out of Taiwan. Huang first received notoriety as a founding member of pop/rap trio L.A. Boyz, formed in 1991. Active in the early to late 90s, L.A. Boyz released 13 albums and rose to popularity in Asia before eventually disbanding in 1997.

After finding success with L.A. Boyz, Huang found repeated success with the formation of hip hop group Machi in 2003. MACHI Entertainment, a prolific Asian hip hop/rap record label and subsidiary of Warner Music Taiwan founded by Huang and cohorts was to follow. Eventually, Huang transitioned from the music business to the tech sector with the creation of 17 Media (M17). Founded in 2015, M17 grew to become one of the most popular live-streaming apps in Asia.

In 2017, Huang began his foray into the crypto space with Mithril, the first in a string of sketchy projects with shadowy team members, questionable ethics, and rote pump and dump practices. Let's dive in.

## Project 1: Mithril

In late 2017, Huang founded Mithril, a decentralized social media platform aimed at directly rewarding content creators with its native token MITH. Mithril conducted a private token sale on February 21, 2018, raising $51.6m (60,000 ETH), representative of 30% of the total token supply. 70% of these private sale tokens unlocked at TGE in

February 2018, with the remaining 30% unlocking over the next three months. In April of 2018 Mithril <u>listed on the centralized exchange Bithumb</u>. By May of 2018, MITH tokens were fully vested, and by then, represented 89% of the circulating supply, resulting in huge selling pressure.

## 6.3 Full MITH token release schedule

| Date | Private Sale 1 | Team | Advisors | Community | Social Mining | Circulating Supply | Circulating Supply % |
|------|----------------|------|----------|-----------|---------------|--------------------|----------------------|
| Jan 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| Feb 18 | 210,000,000 | 0 | 0 | 4,500,000 | 0 | 214,500,000 | 21.45% |
| Mar 18 | 30,000,000 | 0 | 4,166,667 | 7,675,000 | 0 | 256,341,667 | 25.63% |
| Apr 18 | 30,000,000 | 0 | 4,166,667 | 4,354,396 | 0 | 294,862,730 | 29.49% |
| May 18 | 30,000,000 | 0 | 4,166,667 | 6,399,575 | 1,140,523 | 336,569,495 | 33.66% |
| Jun 18 | 0 | 0 | 4,166,667 | 7,584,951 | 2,838,905 | 351,160,018 | 35.12% |
| Jul 18 | 0 | 0 | 0 | 7,142,857 | 4,933,544 | 363,236,419 | 36.32% |
| Aug 18 | 0 | 0 | 0 | 7,142,857 | 6,477,811 | 376,857,087 | 37.69% |
| Sep 18 | 0 | 0 | 8,333,332 | 7,142,857 | 7,720,505 | 400,053,781 | 40.01% |
| Oct 18 | 0 | 0 | 8,333,332 | 7,142,857 | 8,772,449 | 424,302,419 | 42.43% |
| Nov 18 | 0 | 12,500,000 | 4,166,667 | 7,142,857 | 9,092,757 | 457,204,700 | 45.72% |
| Dec 18 | 0 | 1,041,667 | 4,166,667 | 7,142,857 | 9,716,716 | 479,272,607 | 47.93% |
| Jan 19 | 0 | 1,041,667 | 4,166,667 | 7,142,857 | 10,267,087 | 501,890,885 | 50.19% |

<u>Source: Binance Research</u>



**Mithril Team**

## Project 2: Formosa

Beginning in early 2018, Huang worked closely with George Hsieh, a Taiwanese politician, Czhang Lin, and Ryan Terribilini to found Formosa Financial, a treasury management platform built for blockchain companies. Formosa Financial held an angel round which closed the last week of April 2018, raising 22,000 ETH. A private sale round closed on May 31st which raised an additional 22,000 ETH. This accounted for 30% of the total token supply. In total, Formosa raised $23m USD (44,000 ETH). Notable

investors included Binance, QCP Capital, Lemnis Cap, Block One, Mithril/Jeff Huang
(keep this in mind), Maicoin, Wilson Huang, Leo Cheng's Syndicate, Blockstate, and
Block One.

ALLOTMENT OF SHARE(S)

The following individuals produced application forms dated 3 May 2018 for share(s) at the rate of US $0.01
per share in the capital of the Company to be paid forthwith in cash at par:

| Shareholder(s) | No. of Share(s) | Class of Share(s) |
|---|---|---|
| Kuo-Liang Hsieh | 19 | Ordinary |
| Shang-Ju Lin | 20 | Ordinary |
| Jeffrey Li-Tchen Huang | 20 | Ordinary |
| Ryan James Terribilini | 20 | Ordinary |
| Total | 79 | |

Shares at the rate of US $0.01 per share in the capital of the Company be allotted to the following and in
the proportions set out below:

| Shareholder(s) | No. of Share(s) | Class of Share(s) |
|---|---|---|
| Kuo-Liang Hsieh | 19 | Ordinary |
| Shang-Ju Lin | 20 | Ordinary |
| Jeffrey Li-Tchen Huang | 20 | Ordinary |
| Ryan James Terribilini | 20 | Ordinary |
| Total | 79 | |

The under mentioned share certificates drawn in respect of the above share transfer and allotment be and
are hereby issued:

| Share Certificate(s) | Shareholder(s) | No. of Share(s) | Class of Share(s) |
|---|---|---|---|
| 1 | Kuo-Liang Hsieh | 20 | Ordinary |
| 2 | Shang-Ju Lin | 20 | Ordinary |
| 3 | Jeffrey Li-Tchen Huang | 20 | Ordinary |
| 4 | Ryan James Terribilini | 20 | Ordinary |
| | Total | 80 | |

The Secretary of the Meeting is instructed to make the necessary entries in the Register of Members and
any Director is instructed to sign and deliver the respective share certificate for the total shares held.

Allotment of shares



Formosa Team

Investors were sold on the premise that FMF was on a fast track to receiving a top-tier CEX listing.

# What's Next?

We have fully distributed the FMF tokens from our private sale. 939 addresses are currently holding FMF tokens and counting... we are hoping to hit 1,000 addresses before our first major exchange listing!

In the next few weeks we are aiming to be listed on a top 5 exchange, give more detailed insight into our product roadmap,

Excerpt from deleted Medium article

## 9.1 - Token Sale Details

FMF Tokens will be offered exclusively to selected strategic investors / potential future partners in a both seed investors and private placement presale. It is likely  for FMF Tokens to be listed in the future on top exchanges which will enable prospective new customers to access the platform. Tokens will be released 7 days before listing.

| Token Type | Utility Token (Access) |
|------------|------------------------|
| Token Name | Formosa Financial Token |

21

Excerpt from the Whitepaper distributed to prospective investors



Hinting at a Binance listing

Machi later denying it

Trading for FMF went live in June 2018 on IDEX where it immediately plummeted. It wouldn't list on centralized exchanges (IDCM, UEX) until September 2018.



FMF trading on IDEX

Additionally, 17 Media was scheduled to IPO on the NYSE on June 7th 2018, but due to unspecified settlement issues with investors, the IPO launch was postponed after plans to raise 115m USD fell through. ZachXBT reached out an unnamed source to uncover why:

*"M17 halting of trading and its current status of a private entity has little to do with regulations or a mis-step by Citibank. M17 in the end wasn't able to meet audit and reporting requirements and could not overcome threshold bids for their books as people could not get comfortable around the business model".*

After the botched listing, Jeff took to Facebook to express his frustration, directing expletives at Citibank and Deutsche Bank, both of whom were involved with the IPO.

 黃立成 Jeffrey Huang
2 hrs · 🌐

NYSE
Number of years in existence: 200+
Number of listed companies: 2000+
Number of companies who rang the bell AND
postponed listing on the same day: 1
#fuckCitibank #fuckDeutschebank





T hree weeks after the FMF ICO, Formosa Financial took a turn for the worse when two withdrawals of 11,000 ETH each were made from the Formosa Financial treasury wallet on June 22nd 2018. Unbeknownst to investors, cofounder George Hsieh acting as the sole director of the company, pushing a share buyback through himself, executing on both sides.

**Formosa Financial Holdings, Ltd**
**REGISTER OF MEMBERS**

Updated on: 22 June 2018
Registration number: AC-336470

Authorised Capital is US$ 50,000 divided into 5,000,000 Ordinary shares of a par value of US$ 0.01 each

| Name | Address | No. of Shares | Cert. No. | Amt. Paid (Per Share) | Types of Shares | Date Acquired | Nature of Acquisition | Transfer/ Repurchase Date | No. of Shares Transferred/ Repurchased | Balance of Shares | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Amicorp Cayman Fiduciary Limited | | 1 | N/A | US $0.01 | Ordinary | 3-May-18 | Initial Subscription | 3-May-18 | 1 | 0 | Transferred to Kuo-Liang Hsieh |
| Kuo-Liang Hsieh | | 20 | 1 | US $0.01 | Ordinary | 3-May-18 | Allotment + Transfer | 22-Jun-18 | -20 | 0 | Share repurchase pursuant to Share Repurchase Agreement dated 22 June 2018. Share Certificate No. 1 covering the share acquired (1) and the shares allotted (19) has been cancelled |
| Shang-Ju Lin | | 20 | 2 | US $0.01 | Ordinary | 3-May-18 | Allotment | 22-Jun-18 | -20 | 0 | Share repurchase pursuant to Share Repurchase Agreement  dated 22 June 2018. Share Certificate No. 2 has been cancelled |

**Share buyback made on June 22nd 2018**

**Formosa Financial Holdings, Ltd**
**REGISTER OF MEMBERS**

| Updated on: 22 June 2018 |
| --- |
| Registration number: AC-336470 |

| Authorised Capital is US$ 50,000 divided into 5,000,000 Ordinary shares of a par value of US$ 0.01 each |
| --- |

| Name | Address | No. of Shares | Cert. No. | Amt. Paid (Per Share) | Types of Shares | Date Acquired | Nature of Acquisition | Transfer/ Repurchase Date | No. of Shares Transferred/ Repurchased | Balance of Shares | Remarks |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Jeffrey Li-Tchen Huang | | 20 | 3 | US $0.01 | Ordinary | 3-May-18 | Allotment | 22-Jun-18 | -20 | 0 | Share repurchase pursuant to Share Repurchase Agreement dated 22 June 2018. Share Certificate No. 3 has been cancelled |
| Ryan James Terribilini | | 20 | 4 | US $0.01 | Ordinary | 3-May-18 | Allotment | | | 20 | |

### Share buyback made on June 22nd 2018

Overview    Internal Txns    Logs (2)    State    Comments

| | |
| --- | --- |
| ⑦ Transaction Hash: | 0x98b3f5b7a0dfa53b6a93a63ec5431cd6f4746b635af77362f2355b4fd6fa942a 🗎 |
| ⑦ Status: | ✅ Success |
| ⑦ Block: | 5832252   9132779 Block Confirmations |
| ⑦ Timestamp: | ⏱ 1453 days 21 hrs ago (Jun-22-2018 04:13:04 AM +UTC) |
| ⑦ From: | 0x766e4e5290805a8a42b4a215c0b2b75f852eaf61 🗎 |
| ⑦ To: | 🔍 Contract 0x688f1e33cf097c878a5713caa9e07acc72d2343c ✅ 🗎 |
| | └ TRANSFER 11,000 Ether From 0x688f1e33cf097c878a5713caa... To → 0x1baf538d7c10cadda49b77e1... |
| ⑦ Value: | 0 Ether ($0.00) |
| ⑦ Transaction Fee: | 0.003298327 Ether ($4.01) |
| ⑦ Gas Price: | 0.000000041 Ether (41 Gwei) |
| ⑦ Ether Price: | $462.16 / ETH |

**Transaction #1**



Overview | Internal Txns | Logs (2) | State | Comments

| | |
|---|---|
| ⑦ Transaction Hash: | 0xdb8535dd37ffba60d4bd5e592b2a7085fb60f71373f28d0fbc6cdef04c4b2a24 |
| ⑦ Status: | ✔ Success |
| ⑦ Block: | 5832325  9132709 Block Confirmations |
| ⑦ Timestamp: | ⓧ 1453 days 21 hrs ago (Jun-22-2018 04:33:50 AM +UTC) |
| ⑦ From: | 0xef7c51d018b62985997a3755c734f0d1207ed3fa |
| ⑦ To: | Contract 0x688f1e33cf097c878a5713caa9e07acc72d2343c  Formosa Financial Treasur... ✔
⎣ TRANSFER 11,000 Ether From Formosa Financial Trea... To → 0xafc71fda1c35a5d82c032dca3... |
| ⑦ Value: | 0 Ether  ($0.00) |
| ⑦ Transaction Fee: | 0.003298327 Ether  ($4.01) |
| ⑦ Gas Price: | 0.000000041 Ether (41 Gwei) |
| ⑦ Ether Price: | $462.16 / ETH |

**Transaction #2**

George Hsieh, Jeff Huang and Yalu Lin relinquished their formal roles, leaving remaining co-founder Ryan Terribilini as CEO and Lorne Lantz as CTO.

Open in app ↗                               Sign up  Sign In

  🔍 Search Medium



Created in Breadcrumbs by ZachXBT

This chart displays the ETH inflows of angel/private round funds into the multisig before the two 11,000 ETH withdrawals were made by Jeff and George on June 22, 2018.

On June 29th 2018, George made a <u>transfer of 10,500 ETH to a Binance account</u>. The veracity of the Binance account's KYC is unknown at this time.



As for Jeff, his cut of 11,000 ETH sat untouched in a wallet until transfers of 4<u>980 ETH, 1997 ETH, 1,400 ETH, 500 ETH, 103 ETH were made to various Binance accounts in late June & early July. 2,000 ETH</u> was sent to czhang.eth, and 20 ETH was allocated to an EOA wallet.

| | Txn Hash | Method ⓘ ▼ | Block ▼ | Age ▼ | From ▼ | | To ▼ | | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|---|
| ⊕ | 0xb3626cd592c16d6bd4... | Transfer | 6051141 | 1416 days 14 hrs ago | 0xafc71fda1c35a5d82c0... | OUT | 0xc274e2bfc8c5af6c419d... | | 99.999034 Ether | 0.000126 |
| ⊕ | 0x429720f27a8c8a1e38... | Transfer | 6050800 | 1416 days 16 hrs ago | 0xafc71fda1c35a5d82c0... | OUT | 0x9f3f0ca2b8d3df51c03... | | 1,000 Ether | 0.000168 |
| ⊕ | 0x751fbae52780af1fd96... | Transfer | 6050148 | 1416 days 18 hrs ago | 0xafc71fda1c35a5d82c0... | OUT | 0xa1d27a8eefe1a10582... | | 500 Ether | 0.00042 |
| ⊕ | 0x7a470d3a20764fde90... | Transfer | 6050145 | 1416 days 18 hrs ago | 0xafc71fda1c35a5d82c0... | OUT | 0xa7985b88f0c258f706... | | 1,400 Ether | 0.000126 |
| ⊕ | 0x05bf8a1fea41cef161f2... | Transfer | 6043866 | 1417 days 19 hrs ago | 0xafc71fda1c35a5d82c0... | OUT | 0xa6f491da916157cecb... | | 1,993.999292 Ether | 0.000252 |
| ⊕ | 0x946cfd8576ca48f4cc5... | Transfer | 6043816 | 1417 days 19 hrs ago | 0xafc71fda1c35a5d82c0... | OUT | 0xa6f491da916157cecb... | | 3 Ether | 0.00042 |
| ⊕ | 0x6f00b6ac4sf6b2272e... | Transfer | 6043747 | 1417 days 20 hrs ago | 0xafc71fda1c35a5d82c0... | OUT | 0xc274e2bfc8c5af6c419d... | | 3 Ether | 0.000336 |
| ⊕ | 0x6b44df509c7b4e9d30... | Transfer | 6042965 | 1417 days 23 hrs ago | 0xafc71fda1c35a5d82c0... | OUT | 0x9f3f0ca2b8d3df51c03... | | 2,000 Ether | 0.00021 |
| ⊕ | 0xc6106511a04c2c24e70... | Transfer | 6033970 | 1419 days 11 hrs ago | 0xafc71fda1c35a5d82c0... | OUT | 0x9f3f0ca2b8d3df51c03... | | 1,969.999238 Ether | 0.000252 |
| ⊕ | 0x456fcae7c1f2391c968... | Transfer | 6033959 | 1419 days 11 hrs ago | 0xafc71fda1c35a5d82c0... | OUT | 0x9f3f0ca2b8d3df51c03... | | 9.999181 Ether | 0.000252 |
| ⊕ | 0x9385eebf177dbbb28f6... | Transfer | 5945582 | 1434 days 10 hrs ago | 0xafc71fda1c35a5d82c0... | OUT | 0xa0f21ea8de6c7d9dca... | | 20 Ether | 0.000252 |
| ⊕ | 0x6dbcf1d3d42a3fbcf36... | Transfer | 5944874 | 1434 days 13 hrs ago | 0xafc71fda1c35a5d82c0... | OUT | 0x36e7480f31bac2e5a4... | | 1,999 Ether | 0.00021 |
| ⊕ | 0x05394e7385fc30fb5d7... | Transfer | 5944772 | 1434 days 14 hrs ago | 0xafc71fda1c35a5d82c0... | OUT | 0x36e7480f31bac2e5a4... | | 1 Ether | 0.000231 |
| ⊕ | 0xfcc6c150a4c87f10c03... | Transfer | 5832048 | 1453 days 23 hrs ago | 0xafc71fda1c35a5d82c0... | OUT | 0xfe9fabf49b94ca8417a... | | 0.009937 Ether | 0.000063 |
| ⊕ | 0x4b241ed426c5af785b... | Transfer | 5832008 | 1453 days 23 hrs ago | 0xfe9fabf49b94ca8417a... | IN | 0xafc71fda1c35a5d82c0... | | 0.01 Ether | 0.00021 |

The question remains: Who do the Binance accounts and the wallets belong to? Let's dig deeper and take a closer look at some of these ETH outflows!

1. <u>4980 ETH outflow made on 7/26–7/29 2018</u>: Records show that this Binance account has frequent inflows from two sources: FTX and littlebang.eth



| Txn Hash | Age | From | | To | Value | Token |
|---|---|---|---|---|---|---|
| 0x43b0af2504aa77d73d... | 182 days 2 hrs ago | Tsan Hsiang Hsu 4980 ET... | OUT | Binance 14 | 10,000 | ⓣ Tether USD (USDT) |
| 0xfe532f2e7c34b4dd1e3... | 182 days 14 hrs ago | ⟨⟩ littlebang.eth | IN | Tsan Hsiang Hsu 4980 ET... | 10,000 | ⓣ Tether USD (USDT) |
| 0xebf7bb5964d552d458... | 192 days 7 hrs ago | Tsan Hsiang Hsu 4980 ET... | OUT | Binance 14 | 23.508580861863922688 | ⓐ Ethereum Nam... (ENS) |
| 0xc2ea3184146a9d5004... | 192 days 13 hrs ago | ⟨⟩ littlebang.eth | IN | Tsan Hsiang Hsu 4980 ET... | 23.508580861863922688 | ⓐ Ethereum Nam... (ENS) |
| 0xdb680129b56806d079... | 229 days 19 hrs ago | Tsan Hsiang Hsu 4980 ET... | OUT | Binance 14 | 50,750 | ⓣ Tether USD (USDT) |
| 0x6a8603e1b4f7369c2b... | 248 days 20 hrs ago | 🗋 0x01454cdc3fab2a026cc... | IN | Tsan Hsiang Hsu 4980 ET... | 300,000 | ⟨⟩ deApy.org (deApy...) |
| 0x115c7c53b9cd5fdf2bcf... | 248 days 20 hrs ago | Tsan Hsiang Hsu 4980 ET... | OUT | Binance 14 | 1,499.46 | ⓒ Cream (CREAM) |
| 0xf8137b89c8b34d9945... | 248 days 21 hrs ago | FTX Exchange | IN | Tsan Hsiang Hsu 4980 ET... | 750 | ⓒ Cream (CREAM) |
| 0x8a70ca7c07cec6f9767... | 279 days 13 hrs ago | FTX Exchange | IN | Tsan Hsiang Hsu 4980 ET... | 749.46 | ⓒ Cream (CREAM) |
| 0x3154e121428f3e4bf7b... | 279 days 14 hrs ago | FTX Exchange | IN | Tsan Hsiang Hsu 4980 ET... | 750 | ⓣ Tether USD (USDT) |

1a). If we look up the <u>owner of littlebang.eth on OpenSea</u> we see they have the username "Bun919tw"



b). A quick Google search reveals "bun919tw" is actually Bun Hsu, a Cream Finance core engineer (Cream is another Jeff Huang project.)



<u>Excerpt from Cream Finance Medium article</u>

c). Bun Hsu's Twitter profile picture is BAYC #7066, which was gifted to him by machibigbrother.eth (Jeff's public wallet).





| Event | Price | From | To | Date |
|---|---|---|---|---|
| ⇄ Transfer | | bun919tw | bun919tw_vault | 21 days ago ↗ |
| ⇄ Transfer | | MachiBigBrother | bun919tw | a year ago ↗ |
| ✦ Minted | | NullAddress | MachiBigBrother | a year ago ↗ |

d). Bun Hsu happens to have <u>traded multiple Jeff projects such as FMF, SWAG, CREAM, SQUID, PHOON, MCX, & MIS/MIC.</u>

**Why did an individual who was not on the Formosa Financial team receive 4980 ETH just 3 weeks after the ICO, trade tokens from other Jeff projects, and a BAYC from Jeff himself?**

2. <u>2000 ETH outflow made on July 11th 2018</u>: The blockchain shows that this transaction was received by czhang.eth (Czhang Lin). Lin held the role of advisor at Formosa Financial until June 22nd.



# Unnamed



0x36E7...9D3d

**Collected** 1        Created        Favorited        Activity        More ⌄

Search by name



ENS: Ethereum ... ✓
**czhang.eth**

♡ 0



a). Three weeks after Czhang received the 2000 ETH, <u>Czhang sent 150 ETH to his brother Yalu Lin</u> (Formosa COO) on July 22nd 2018.



**Once again why is an advisor & COO of Formosa Financial receiving money intended to build the project?**

3. <u>1997 ETH outflow made on July 28th 2018</u>: The only inflows to this Binance account are from harrisonhuang.eth, an account that has frequent interaction with w9g.eth (Wilson Huang), VP of engineering at Mithril, and the current founder of XY Finance and GalaXY Kats.



Wilson gifting NFT to Harrison

Harrison gifting MAYC to Wilson

a). A quick Twitter search of harrisonhuang.eth reveals what we can presume to be his Twitter account, since he tweeted out his ENS address as a reply to Wilson.



Link to Tweet



**Harrison is not listed as a team member on the Formosa Financial whitepaper or website. Once again a pattern emerges of individuals not publicly associated with Formosa receiving project funds.**

The remainder of the Binance accounts that received funds from Huang lead to dead ends; the accounts do not have any recent interactions with other external or personal addresses and transactions are only movements from CEX to CEX.

On July 26th 2018, Jeff and Mithril were caught trying to cheat the Binance monthly Community Coin vote. A user named Lucky uncovered evidence showing that Mithril received over 80,000 votes which were funded solely by two to three addresses. The Community Coin vote functions thusly: 1 BNB is equal to 1 vote, with up to 500 BNB/votes allowable per account, so that one voter is able to receive a maximum of 500 votes by holding 500 BNB. In the rules however, <u>Binance states that the creation of fake accounts is tantamount to distributing BNB en masse and resulting in automatic disqualification from the competition.</u>

Upon completion of the voting process, Binance will list the coin on our exchange within a reasonable time frame. Depending on market response, we will try to conduct this event monthly.

Please note: Binance reserves all rights to change the rules of this event without notification, including the revoking of results or disqualifying candidates who are confirmed to have engaged in vote manipulation. This includes but is not limited to any form of financial or monetary incentives, airdrops or competition rewards offered that will influence user votes. The weight of each vote may also vary based on a variety of factors including but not limited to the level of historical activity of the account used to vote.

Thank you for your support!

Binance Team

Jeff used the same address for the Formosa ICO that was closely linked to Mithril at the time, holding $8.6m worth worth of MITH. The chart below shows the wallet that transferred BNB in bulk received ETH for gas from the largest Mithril whale wallet at the time.



Created in Breadcrumbs by ZachXBT

Even more damning, the sizable amount of BNB that was used to cheat the Community Coin vote coincides within the day that Bun Hsu received 1980 ETH. In fact it was deposited to his Binance account just less than an hour prior to the vote.



In checking transactions on the chain, I found additional instances of BNB distributed in smaller amounts (500 BNB or less) to Binance accounts that coincide with the timeline in which FMF funds were stolen.

1a. <u>2000 ETH deposit to Bun Hsu Binance</u> on July 28th at 3:25 am UTC



1b. <u>43.8k BNB withdrawal from Binance on</u> July 28th at 4:43 am UTC (presumably Bun)



2a. <u>1994 ETH deposit to Harrison Huang Binance</u> on July 28th at 7:08 am UTC



2b. <u>30k BNB withdrawal from Binance</u> on July 28th at 7:28 am UTC



Once again, these addresses tie back to Jeff Huang/Mithril. It's sad to see that this is where a large chunk of the Formosa Financial funds most likely went.



Mithril "wins" the vote

# Binance Lists Community Coin Round 8 Winner - Polymath (POLY)

2018-07-31 03:06

**Fellow Binancians,**

Round 8 of Binance's Community Coin of the Month has now concluded. We have weighed all factors in the voting process and have also applied a consistent methodology across all candidate votes to filter for oddities according to our community vote rules.

The Winner of Round 8 is Polymath (POLY).

As promised, POLY has been awarded a free listing placement on Binance.

Binance will open trading for POLY/BTC and POLY/BNB trading pairs at 2018/07/31 10:00 AM (UTC). You can start depositing POLY now.

POLY wins after Binance filter for "oddities"

Once again, this is what Formosa's raised funds were intended for.

## 9.2 - Use of Funds Distribution

Raised funds will be utilized as follows:

- Formosa Financial cash operations: 30%
- Business development: 20%
- Legal & compliance: 20%
- Technical development: 20%
- Team & operations: 10%



And this is where they went instead:

### 9.2 - Use of Funds Distribution

Raised funds will be utilized as follows:

- Formosa Financial: 40%
- George Hsieh: 27.5%
- Jeffrey Huang: 22.5%
- Czhang Lin: 5%
- Unreported "Hack": 5%



In the fall of 2018, token holders began to suspect something was off when communication with Huang, Czhang, and other key FMF team members grew increasingly distant, and no proper explanations or project updates were given. FMF continued to plummet and the sudden abandonment by key team members left the project in shambles.



Wash trading bots on IDCM



## Project 3: Machi X

In October 2018, <u>Jeff Huang and Leo Cheng launched Machi X</u>, a social marketplace for intellectual property rights, however they struggled to receive funding due to the performance of Huang's previous project Mithril and the Formosa incident.

Mithril was listed on Binance in November 2018, which coincided with team allocation unlocks. By then, MITH was down over 80% and by 2020, development was altogether abandoned.



Chart from Coingecko

It wasn't until over a year after launch that Formosa investors would finally be clued in to what happened to their funds. On August 12th 2019, Formosa investors received an anonymous email that said 22,000 / 44,000 ETH had been stolen from the Formosa Financial ICO private sale wallet just three weeks after the 2018 ICO. Various internal documents attesting to this were attached to the email.

---------- Forwarded message ---------
From: **Jeffrey George** <fmfscam@hotmail.com>
Date: Mon, Aug 12, 2019 at 7:00 AM
Subject: Where half your Formosa Financial investment went
To:


Dear FMF Investor,

As an investor you have a right to know how and where your money was spent.

In total Formosa Financial raised 44,000 ETH.

Formosa Financial did two rounds of ICO fundraising:

Angel round funds collected into this address, and this round closed last week of April :
https://etherscan.io/address/0x9f88aa955637deefd189195f70dc2f12ec818bce

Private round funds went to this address, and this round closed on May 31st:
https://etherscan.io/address/0x688f1e33cf097c878a5713caa9e07acc72d2343c

Attached are the corporate documents for Formosa Financial. 12 ROM.pdf document shows that three
shareholders of Formosa Financial sold their equity on June 22nd.

On June 22nd, two transactions for a total of 22,000 ETH was made from the Formosa Financial ICO private
sale account

#1) https://etherscan.io/tx/0x98b3f5b7a0dfa53b6a93a63ec5431cd6f4746b635af77362f2355b4fd6fa942a

#2) https://etherscan.io/tx/0xdb8535dd37ffba60d4bd5e592b2a7085fb60f71373f28d0fbc6cdef04c4b2a24

June 22nd was three weeks after the ICO closed.

Ryan Terribilini then became 100% owner of Formosa Financial and managing director of the company.

Attached are the 2 white papers that were sent to investors, outlining what the ICO funds would be used for.



In this leaked audio from 2019, former CEO of Formosa Ryan Terribilini shares his side
of the story of what happened to the funds Jeff and George embezzled.

I reached out to multiple VC's and angels who invested in the project to better
understand why they didn't pursue legal action against Jeff and George. It mainly came

down to the fact that Jeff and George were seen as powerful figures in Taiwan and the investors I spoke to were afraid of what might happen if they came forward. Others simply didn't want to deal with the mess since what happened had taken place across multiple jurisdictions. All were in agreement that they just wanted to forget that this ever even happened in the first place.

## Project 4: Cream Finance

In 2020 the crypto market began to heat up again. Jeff forked Compound Finance, a decentralized peer to peer lending platform, to create Cream Finance with Leo Cheng in early July of 2020. Bun Hsu, Jeremy Yang, and Stanley Yang were among Cream's dev team. As of today, Cream Finance has been exploited three times for more than $192m USD due to negligence.

C.R.E.A.M. will first launch with an algorithmic money market protocol on Binance Smart Chain (BSC) together with the launch of the BSC mainnet. The decision to launch on Binance Smart Chain was simple to make, given the numerous advantages such as major cryptocurrencies already pegged on Binance Chain (BTC, ETH, LTC, BCH, XRP, TRX), the speed and cost efficiencies of the Binance Smart Chain, and the vibrant Binance ecosystem.

We invite all DeFi enthusiasts, yield-farmers, Bitcoiners, Ethereans, Binance Gang, ALGO Mafia, Compound COMP Camp, and the rest of the world to join us on this journey, because Crypto Rules Everything Around Me.

Join us on Discord, follow us on Twitter, or visit us at cream.finance.

Jeffrey Huang, Founder

👏 459   💬

## Project 5: Wifey Finance

In August, <u>Wifey Finance, a Yearn Finance fork, was created by an 'anon team'</u>, Machi, Leo Cheng, and Wilson Huang all happened to be among the first members of the Wifey Discord channel. TTransaction records show that Wifey's deployer sent funds to Wilson Huang multiple times. After four days, Wifey Finance was abandoned.



Contract created on August 8th 2020



Machi is one of the first transactions





Machi one of the first people in the Discord



Wilson Huang receives funds from Wifey Deployer





Then we have Leo Cheng (Lumberg)





No Tweets or activity in the Discord since August 7th 2020. Wifey had a lifespan of 5 days.

## Project 6: Swag Finance

Another project founded by Machi, Swag.live was an adult entertainment site that launched its governance token in early October of 2020. When Swag was quietly listed as collateral on Cream Finance, the lack of transparency surrounding the listing caused a fair amount of controversy on Crypto Twitter. Within a few weeks, the token was farmed, dumped, and delisted from Cream.



**Doo | StableNode @Dubai** @DooWanNam · Jun 11, 2021

Answer to "Why doesn't Maker Governance just accept our coin as collateral?!"

> 🦁 **Will Sheehan** @wilburforce_ · Jun 10, 2021
>
> Due to a toxic long tail asset (SWAG) dropping 97% in a day (!!), cream is sitting on ~$1.3m in bad debt
>
> Show this thread

💬 3          ↻ 5          ♡ 62          ↑

**Doo | StableNode @Dubai**
@DooWanNam

And this was even worse as it was basically Cream Finance founders absuing their power (as he was their advisor) to have it as collateral without going through governance. Also, $SWAG ended up getting prosecuted in Taiwan. Should been a red flag to remove it.

Swag controversy



Farmed and dumped



Swag delisted from Cream 1.5 months post token launch

## Project 7: Mith Cash

On December 30th of 2020, Jeff and Mithril were back with a new project: Mith Cash, a fork of Basis Cash protocol (an algorithmic stablecoin). Just days after launching, Mith Cash grew to $1b TVL before crashing violently as token holders cashed out their rewards. Mith Cash eventually suffered the same fate as Basis Cash. Similarly to Jeff's other projects, the team was 'anon' and Jeff claimed he was just an advisor.

 **MITHCASH** @mithcash · 1/1/21

@mithcash Summing up Day 2.5 (it's been so crazy!!) $1.34B in TVL. #stillearly #fairlaunch Be part of the MITH Cash revolution $MIC $MIS



💬 1        🔁 5        ♡ 29        ⬆️

 Scott LΞwis  @scott_lew_is · 1/1/21

congrats on the launch jeff and team!

💬 1        🔁        ♡ 10        ⬆️

 **MITHCASH**
@mithcash

Replying to @scott_lew_is and @machibigbrother

Thank you for your support!



Chart via CoinMarketCap

## Project 8: Typhoon Cash

Shortly after the crash and burn of Mith Cash, <u>Machi was back once again with Typhoon Cash</u>, a Tornado Cash fork. The Typhoon team claimed to have an anon team but it was widely known that Jeff and friends were behind Typhoon. <u>At launch it had been quite clear that the development was sloppy at best</u>. Anyone was able to stake in the anonymity pool and remain anonymous, however, staking in the pool was necessary in order to receive rewards. This meant that in order to receive rewards, your rewards deposit would be doxxed, rendering the concept of an anonymous coin worthless. Within weeks after farming began, the project was abandoned, leaving members of the Telegram and Discord channels screwed over.



**Andrew Kang** @Rewkang · Jan 21, 2021

Tornado Cash team by anon team

Yield bearing tokens in mixers is pretty nice especially if you want to deposit a lot of $ for long periods of time

> ⦿ **TyphoonCash** @TyphoonCash · Jan 18, 2021
> Hello World.
> I am Typhoon Cash — A New Protocol for Yield-Capable Private Transactions.
> typhooncash.medium.com/introducing-ty...

💬 3          🔁 7          ♡ 44          ↥

**Joey Wong王祖兒 (💁,🔑) ⚖️✨🤝** @JoeyWong_t3ch · Jan 22, 2021

Obviously, not anon team.

💬 1          🔁          ♡ 3          ↥

---

**Previous Message**
Typhoon Cash is considering adding 3 more assets f...

January 18, 2021

Jhano 👑 | @GainsWithGlory Owner | INFINITY GAINZ MOD joined the group

Guppy joined the group

Rohan joined the group

Michael joined the group

Andrew Kang joined the group

Rewkang one of first five members in the Telegram



**January 25, 2021**

**Tabby**

project forked by Brother Jeff. From fame of forking Cream, BAS and now Tornado.

19:39

**February 20, 2021**

**Annie**

i was banned at the very beginning when I said that this is is Jeff project, lol

14:51




**January 21, 2021**

**Paul Cr**

Off course, made by Jeff  13:21



 **@acidbird** They are working on MITH 2.0 atm

 **Buddy** 02/05/2021
So its same team as mithcash?

 **@Buddy** So its same team as mithcash?

 **acidbird** 02/05/2021
Yes

 **sk | 21.92** 02/05/2021
never seen a token get dumped this hard, let alone in
an insane bull market

-97% in 13 days

was basically straight worthless to farm in the 1k, 10k
pools

and now gas is giga-fucked so i cant even withdraw
without a huge loss

assuming the mithcash folks just farm and  dumped
it mercilessly

 **acidbird** 02/05/2021
Yeah, i lost a lot on USDT-PHOON pool

# [1] Staking does not contribute to the anonymity set

One may assume that staking contributes to a larger anonymity-set for other users. Intuitively, a user may stake immediately upon deposit to participate in the reward. However, calling:

```
function stakeWithdraw(bytes
calldata _proof, bytes32 _root,
bytes32 _nullifierHash, address
payable _recipient) external
payable nonReentrant {}
```

indicates a user's withdrawal. Therefore, it reduces the anonymity set for all participants.

**Typhoon Cash vulnerability revealed by Avner and verified by Nick**

Example:



First deposit then "stake withdraw" to pool



withdraw address is under "recipient"



unstake and withdraw from second address

No updates have been posted in the Discord, Telegram, or Twitter since February 2021 , leaving people screwed over.

## Project 9: Mud Games

With the sudden rise in popularity of Loot for Adventurers (randomized in-game assets stored on-chain) at the end of August 2021, Machi soon forked his own version called Heroes of Evermore, which quickly garnered profits of 533.92 ETH for the anon team. Unlike Loot, Heroes of Evermore was not randomized and anon team members quietly minted all of the rarest NFTs from the collection, unbeknownst to Evermore holders.



Both team members Jeff & penguin minted #2 and #3 for rarity of the collection

## Project 10: Squid DAO

Once again, an 'anon team' was behind the launch of Squid DAO, an OHM/Nouns DAO fork that appeared in October of 2021. Among the early holders was MachiBigBrother.eth. By January 2022 the project was shut down at the suggestion of Machi.





Machi forces through the proposal

Nowadays Machi has moved onto X, XY Finance, and most recently, his newest fork: Ape Finance.



XY Finance Team & Advisors



X Advisors





Ape Finance

In so many of Jeff's projects we see the same reoccurring themes play out: anon teams, forked projects, fresh wallets funded via FTX, and short lifecycles. We see the same players in every project, Wilson and/or Leo are always in the mix with Jeff. VC's like Andrew Kang even turn a blind eye. I reached out to Andrew in October 2021 and this is what he had to say:





**Andrew Kang**

October 31, 2021

Hi

Why do you associate w/
@machibigbrother ?

22:56 ✓



Whats wrong with associating
with him

23:09

His prior scams like Formosa &
Mithril

23:10 ✓



I've heard conflicting things about
those projects from friends but
that was before I knew Jeff

23:12

Yes he embezzled $25m with Formosa. Leaving weeks after the ICO.

I've reviewed the Telegram & a few CT people like @hedgedhog7 were victims.

23:29 ✓

 **Jason Choi**
@mrjasonchoi                    ...

Replying to @RyanWatkins_ and @MessariCrypto

Thing that could impact the value trade here is Cream reputation is tainted by Formosa **scam** and **Mithril** out the gate - so market may not see them as comps the way Aave <> Comp worked.

But bull mkt gon do what bull mkt does...

05:19 · 9/10/20 · Twitter for iPhone

Some people know but it's kept quiet





Then in February, Andrew threw his support to Jeff again, even though at this point, Cream was pretty much dead. It's sad to see people turn a blind eye to obvious rugs when money is involved, especially when the parties involved have financially harmed others at significant cost, whether it is through 10+ low effort projects, or by helping embezzle 22,000 ETH.

 **Machi Big Brother**
Someone know him?

Doxed?

https://twitter.com/zachxbt/status/1486393747747311623?s=21

> **Twitter**
> zach
> Fyi Taiwan has potentially the most corrupt group of people involved with crypto in the world. Hello George Hsieh & friends 👋 You may have scared people in the past but not this time.
>
> 

Man fuck this guy talking about Taiwan. This piece of shit.

Best people in the world.

From pleasrDAO Telegram



**Machi Big Brother** @machibigbrother · 47m
Fuck this statement. Leave Taiwan out of it. There are a lot of countries with more corrupt crypto people. Including the one you are from @zachxbt



**zachxbt.eth** @zachxbt
Fyi Taiwan has potentially the most corrupt group of people involved with crypto in the world.

Hello George Hsieh & friends  ...

💬 6      🔁 2      ♡ 27

Jeff has voiced concern about the mischaracterization of Taiwan when his misdeeds have come to light, and yet the actions of he and his group have continuously harmed the space and Taiwan as a whole. I hope that one day, everyone who has been harmed will see some form of justice.

I reached out to Jeff prior to the release of this article as a general courtesy. He reinforces he was just compensated for his advisor role at Formosa, claims he did not know of the 4980 ETH payment to Bun or Harrison, and he maintains that Mithril never cheated in the Community Coin competition. I believe that there are simply too many coincidences between all of these projects for this to be the case.

**If you would like to support my research I accept tips:**

zachxbt.eth

0x9D727911B54C455B0071A7B682FcF4Bc444B5596

bc1qj48jtnjygfv8h3qjhhvgtpdj5jy8slwkafgvyzqqj2tqu9mxsp6qvx9yf9



💰 **ZachXBT Crypto Scam Research | Grants**

Over the past year I have built up a pseudonymous identity on Twitter shedding a light on all the wrong doing that goes...

gitcoin.co

Crypto | Cryptocurrency Investment | Nft | Scams To Avoid | Embezzlement





# Written by Investigations By ZachXBT

1.1K Followers

Rug pull survivor turned 2D detective

---

**More from Investigations By ZachXBT**