AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JEFFREY HUANG<br>*Plaintiff*<br>v.<br>ZACHARY WOLK<br>*Defendant* | )<br>)<br>)  Case No. 1:23-cv-00683-RP<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zachary Wolk

Date: June 28, 2023

/s/ David M. Stein
*Attorney's signature*

David M. Stein (Bar No. 00797494)
*Printed name and bar number*

BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
*Address*

dstein@brownrudnick.com
*E-mail address*

(949) 752-7100
*Telephone number*

(949) 252-1514
*FAX number*