UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Jeffrey Huang,** | |
| Plaintiff, | |
| v. | Civil Action No. 1:23-cv-00683-RP |
| **Zachary Wolk,** | JURY TRIAL DEMANDED |
| Defendant. | |

### NOTICE OF APPEARANCE OF COUNSEL

Defendant Zachary Wolk files this Notice of Appearance of Counsel and hereby notifies the Court that Raymond W. Mort, III is appearing as additional counsel for Plaintiff in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon Raymond W. Mort, III at The Mort Law Firm, PLLC, 501 Congress Ave, Suite 150, Austin, Texas 78701; Telephone: (512) 865-7950; E-mail: raymort@austinlaw.com.

Dated: August 1, 2023

Respectfully Submitted

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
501 Congress Ave, Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR DEFENDANT**