IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEFFREY HUANG, | § | |
| | § | |
| Plaintiff, | § | Case No. 1:23-cv-00683-RP |
| v. | § | |
| | § | |
| ZACHARY WOLK, | § | |
| | § | |
| Defendant. | § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jeffrey Huang stipulates to the dismissal of the above-captioned civil action with prejudice.

Defendant Zachary Wolk has not filed an answer or moved for summary judgment. Other than the Complaint (ECF No. 1), Motions to Appear Pro Hac Vice (ECF Nos. 2, 8-11), Waiver of Service (ECF No. 5) and Notice of Appearance (ECF No. 6), no other pleadings have been served in this case. Accordingly, this stipulation of dismissal is effective upon filing and no Court order of dismissal is required.

Respectfully submitted,

*/s/ Ryan C. Wooten*
Ryan C. Wooten
State Bar No. 24075308
Claudia Wilson Frost
State Bar No. 21671300
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
609 Main Street, 40th Floor
Houston, Texas 77002
Telephone: (713) 658-6400
Facsimile: (713) 658-6401
rwooten@orrick.com
cfrost@orrick.com

2

David McGill (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1152 15th Street, NW
Washington, DC 20005
Telephone: 202.339.8400
Facsimile: 202.339.8500
dmcgill@orrick.com

ATTORNEYS FOR PLAINTIFF
JEFFREY HUANG

## CERTIFICATE OF SERVICE

    The undersigned certifies that on August 14, 2023, a true and correct copy of this document was served on all counsel of record through the Court's CM/ECF system.

*/s/ Ryan C. Wooten*
Ryan C. Wooten